

June 2, 2023

Honorable Justice Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **URGENT**
<u>United State of America v. Anthony Stravello</u>, Case No.: 22-CR-683

Dear Honorable Justice Karas,

On behalf of the defendant, Anthony Stravello, I am writing to request that the sentencing memo filed on June 2, 2023 on Mr. Stravello's behalf be sealed and counsel be permitted to refile the letter with the appropriate redactions.

If the court wishes to contact me, my telephone number is 732-208-2851.

Thank you for your courtesy in this matter.

Granted.
So Ordered.

6/2/23

Yours truly,

*Kenneth E. Mangano*

Kenneth E. Mangano

825 Veterans Highway, Hauppauge, NY 11788   O 631.581.9494   F 631.883.9494
321 Broadway, Suite 400, New York, NY 10007   O 212.244.7676   F 212.244.9393

ferrokuba.com